IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DUSTIN C. WILSON,** | ) | Civil Action No. 7:15cv00134 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LT. TINCHER,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

Dustin C. Wilson, a Virginia inmate who is proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against staff at the River North Correctional Center ("River North"). After the events underlying the complaint occurred, Plaintiff was transferred from River North to the Red Onion State Prison ("ROSP"), and he has since been transferred to the Sussex I State Prison. Presently before me are Wilson's motions for preliminary injunctions, asking me to compel non-defendants to house him in ROSP's protective custody unit instead of ROSP's segregation unit.

The defendants are not responsible for the conditions of confinement at ROSP, and a preliminary injunction is not appropriate because the harms complained of in the motions do not arise from the harm alleged in the complaint. *Omega World Travel v. TWA*, 111 F.3d 14, 16 (4th Cir. 1997). Furthermore, Wilson is no longer housed at ROSP, and the requested remedy to be moved from ROSP's segregation unit to its protective custody unit is moot. *See Incumaa v. Ozmint*, 507 F.3d 281, 286-87 (4th Cir. 2007). Accordingly, it is hereby **ORDERED** that Wilson's motions for preliminary injunctions (Docket Nos. 23 and 26) are **DENIED without prejudice**. The Clerk shall send a copy of this Order to the parties.

ENTER: This __17th__ day of February, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE