IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DUSTIN C. WILSON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00134 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LT. TINCHER, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion and order entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice,** defendant's motion for summary judgment (Docket No. 47) is **DISMISSED without prejudice,** and this action is **STRICKEN** from the active docket of this court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the defendants and to plaintiff at his last known address.

**ENTER**: This 29th day of August, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE